IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Case No.: 06-po-00022-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FREDERICK MUCKERMAN,

      Defendant.

---

## ORDER

---

The Government, having moved to dismiss the above-captioned matter, and the motion having been granted this 20th day of July, 2006, it is further ordered that the arraignment hearing scheduled for July 25, 2006 at 10:30 a.m. is canceled.  The Defendant's July 11, 2006 request for the appointment of counsel is denied as moot, and the Order Setting Conditions of Release entered on June 20, 2006 is vacated.

Dated this 20th day of July, 2006.

BY THE COURT:

s/Gudrun Rice

_____
Gudrun Rice
United States Magistrate Judge